IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRK ANTHONY BOTTS, | ) | 8:11CV220 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SHERIFF OF LANCASTER | ) | |
| COUNTY, LESLIE MCINTOSH, | ) | |
| and RYAN MCINTOSH, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, Kirk Anthony Botts, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Mr. Botts' motion, the court finds that Kirk Anthony Botts is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

Dated July 11, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge